# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

148800

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 148800
COA: 312755
Wayne CC: 12-005935-FC

JERMAINE ANTONIO JACKSON,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



Clerk

t0325